[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
MOTION FOR SUMMARY JUDGMENT
Pursuant to Practice Book § 378, et seq., the defendant, U-Haul Company of Connecticut, Inc. (hereinafter "U-Haul"), hereby moves for summary judgment as to counts three, four, seven and eight of the plaintiffs' Complaint, dated May 19, 1994. There is no genuine issue of material fact set forth herein, and U-Haul is entitled to judgment as a matter of law.
In support of its Motion, U-Haul submits the following:
1. The Memorandum of law;
2. The rental contract involved (Exhibit A)
3. The Affidavits of John Trowbridge and David G. Stearns (Exhibits B1 and B2);
4. The affidavit of James Hardman (Exhibit C).
ORAL ARGUMENT REQUESTED NO TESTIMONY REQUIRED
 THE DEFENDANT, U-HAUL COMPANY OF CONNECTICUT, INC. BY: _______________________________ DONN A SWIFT, ESQ. Lynch, Traub, Keefe Errante Juris # 34876
ORDER CT Page 2961-U
The foregoing having been heard, it is hereby ORDERED: GRANTED DENIED. ------- THE COURT
 BY _______________ JUDGE/CLERK
 CERTIFICATION
I hereby certify that a copy of the foregoing was mailed on April 10, 1996 to all counsel and pro se parties of record as follows:
Arnold L. Beizer, Esq. 429 Capitol Avenue Hartford, CT 06106 Via Certified Mail Return Receipt Requested ____________________________ Z 316 771 969 DONN A. SWIFT, ESQ.